**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GUSMAN, an individual, | CASE NO.: 4:20-CV-07820-YGR |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFCANDUM FOR SETTLEMENT CONFERENCE** |
| vs. | |
| COUNTY OF SAN MATEO, et al. | |
| Defendants. | |

Plaintiff, by and through his attorney, PATRICK BUELNA, hereby makes this motion for Writ of Habeas Corpus Ad Testificandum to allow DAVID GUSMAN (SMCSO# 0317444) to be made available for Settlement Conference by Zoom/Telephone **on July 12, 2022 at 9:30 AM**.

Plaintiff is currently in custody at the San Mateo County Maple Street Correctional Center.

Plaintiff hereby applies for a Writ of Habeas Corpus Ad Testificandum, for DAVID GUSMAN currently held in the Maple Street Correctional Center to be made available for participation in the settlement conference by Zoom. Plaintiff's counsel will enter the facility with his laptop/phone and provide access to the Zoom application if the correctional facility cannot. In order for Plaintiff to meet with his counsel, Plaintiff requests that DAVID GUSMAN be made available for a Zoom conference by no later than 9:00 a.m. on July 12, 2022.

Plaintiff will pay any charges related to the matter of making him available, if need be. Defendants have no objection.

## RELIEF REQUESTED

For the foregoing reasons, Plaintiff requests that this Court enter a Writ of Habeas Corpus Ad Testificandum for Plaintiff's presence by Zoom for his settlement conference in this matter.

Dated: July 7, 2022                                **POINTER & BUELNA, LLP**

                                                    **/s/** Patrick M. Buelna
                                                  PATRICK M. BUELNA
                                                  Attorneys for Plaintiff

The Court ORDERS that the San Mateo County Sheriff produce Gusman for a video settlement conference on Zoom with the Court on July 12, 2022 at 9:30 am. The Zoom address is as follows:

## Non-Public Hearings [Settlement Conferences]

The court will use Zoom Meetings (as opposed to Zoom Webinars) for settlement conferences and other non-public hearings. To join a meeting, click on the link below. You will initially enter a "waiting room" and will be admitted into the meeting by court staff.

https://cand-uscourts.zoomgov.com/j/1613997742?pwd=N1lsbHFldjBVMjk3VmZ2VGlmOVRWZz09

Meeting ID: 161 399 7742
Passcode: 530648

**IT IS SO ORDERED.**

**DATE: July 7, 2022**

_____
**HON. SALLIE KIM**
**U.S. MAGISTRATE JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**